JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK LALONDE,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. 2:24-cv-01781-DSF-MBK<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

Judgment is entered in favor of Plaintiff Rick LaLonde and against Defendant Metropolitan Life Insurance in accordance with the Court's Findings of Fact and Conclusions of Law After Court Trial on the Administrative Record. Dkt. 34.

The Court found that, "on balance, the evidence weighs in LaLonde's favor, and he meets his burden of establishing his continued entitlement to LTD benefits. A preponderance of the evidence shows LaLonde's medical symptoms related to spondylolisthesis, lumbar region status post lumbar fusion, and chronic

pain render him disabled under the terms of the Plan." Id. at 24. MetLife is ordered to reinstate LaLonde's long-term disability benefits pursuant to the terms of the applicable employee welfare benefit plan and to pay LaLonde retroactive long-term disability benefits for the period of June 25, 2019 to May 7, 2025, in the total amount of $257,276.80.

The Court awards prejudgment and post-judgment interest in favor of LaLonde in the amount of $40,898.49.

Accordingly, the total judgment in favor of LaLonde, including interest, is $298,175.29.

Counsel are ordered to meet and confer and attempt to resolve the issue of attorneys' fees and costs no later than June 30, 2025. If no resolution is reached, LaLonde's motion for attorneys' fees must be filed no later than July 28, 2025, as outlined in the Court's Findings of Fact and Conclusions of Law After Court Trial on the Administrative Record. Dkt. 34.

**IT IS SO ORDERED.**

DATED:   June 25, 2025

                                                  Hon. Dale S. Fischer
                                                  United States District Judge